**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

                Plaintiff,

                                            20 **CIVIL** 1904 (AT)

           -against-                      **DEFAULT JUDGMENT**

  CAFE GALLERY III INC., UNSUK LEE,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated May 27, 2021, the Government's motion for default judgment is GRANTED. The Government is awarded $280,562.49 in unpaid principal, $110,207.60 in administrative fees, and $49,430.62 in interest, for a total award of $440,200.71. The Government is also awarded interest on this award at the statutory rate; accordingly, the case is closed.

**DATED**: New York, New York
          May 27, 2021

                                                **RUBY J. KRAJICK**
                                                 **Clerk of Court**

                                      **BY**: _____
                                                  **Deputy Clerk**